854 F.2d 528
 272 U.S.App.D.C. 119
 Unpublished Disposition
NOTICE: D.C. Circuit Local Rule 11(c) states that unpublished orders, judgments, and explanatory memoranda may not be cited as precedents, but counsel may refer to unpublished dispositions when the binding or preclusive effect of the disposition, rather than its quality as precedent, is relevant.
UNITED STATES of America
v.
Rodney PATTERSON, Appellant.
 No. 87-3052.
 United States Court of Appeals, District of Columbia Circuit.
 Aug. 11, 1988.
 
 Before SPOTTSWOOD W. ROBINSON, III, SILBERMAN and D.H. GINSBURG, Circuit Judges.
 JUDGMENT
 PER CURIAM.
 
 
 1
 This case was considered on the record and on the briefs filed by the parties. The court has determined that the issues presented occasion no need for a published opinion. See D.C.Cir. Rule 14(c). For the reasons set forth by the district court in its order filed June 22, 1987, denying appellant's 28 U.S.C. Sec. 2255 motion, it is
 
 
 2
 ORDERED and ADJUDGED that the order of the district court be affirmed.
 
 
 3
 The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing. See D.C.Cir. Rule 15.